**SO ORDERED.**

**SIGNED this 20 day of May, 2026.**

_____

**David M. Warren**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

```
------------------------------------------------------- x
In re:                                                  :
                                                        :      Chapter 13
CHRISTOPHER SHAWN WATSON AND                            :
SARAH MADELINE ALLEN WATSON,                            :      Case No.: 25-03626-5-DMW
                                                        :
                         Debtors                        :
------------------------------------------------------- x
```

**ORDER GRANTING MOTION**
**FOR RELIEF FROM AUTOMATIC STAY**

Upon consideration of AmeriCredit Financial Services, Inc. dba GM Financial's Motion

for Relief from Automatic Stay (the "Motion") and any objection to the Motion; and after due

deliberation thereon; and good cause having been shown and found; it is, by the United States

Bankruptcy Court for the Eastern District of North Carolina, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the automatic stay of 11 U.S.C. § 362 is hereby terminated to permit

AmeriCredit Financial Services, Inc. dba GM Financial to exercise its rights and remedies under

WBD (US) 54893851v1

applicable non-bankruptcy law under the Retail Installment Contract executed by the Debtors in the principal amount of $24,064.00 for the financed purchase of a 2017 Ram 2500, VIN No. 3C6MR5AJ7HG540875 (the "Vehicle") and in accordance with applicable state law; and it is further

**ORDERED** that AmeriCredit Financial Services, Inc. dba GM Financial is permitted to apply the proceeds of any disposition of the Vehicle to the outstanding indebtedness due and owing AmeriCredit Financial Services, Inc. dba GM Financial, including principal, interest, late fees, attorneys' fees, and costs as allowed by the loan and applicable law; and it is further

**ORDERED** that upon disposition of the Vehicle, AmeriCredit Financial Services, Inc. dba GM Financial must provide an explanation of any surplus to the trustee, the Debtors' attorney, and the Debtors within 14 days and send payment of such surplus to the trustee within 60 days, pending further order of the court regarding its distribution; and it is further

**ORDERED** that AmeriCredit Financial Services, Inc. dba GM Financial has 120 days from entry of this Order to file a deficiency claim, unless the court, for good cause shown by motion filed before the expiration of such period, extends the same; and it is further

**ORDERED** that the Court shall retain jurisdiction over the subject matter of this Order to enforce the provisions set forth herein; and it is further

**ORDERED** that the fourteen-day stay imposed by Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure is hereby waived.

END OF DOCUMENT